**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gleb COLLYMORE, Defendant–Appellant.**

No. 99–10612.

D.C. No. CR–96–00147–CAL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 15, 2000.

Decided March 23, 2001.

Before WALLACE, FISHER and RAWLINSON, Circuit Judges.

MEMORANDUM *

Appellant Gleb Collymore challenged the constitutionality of his provisional sentence pursuant to 18 U.S.C. § 4244. While this matter has been under submission, Collymore's provisional sentence was revoked and a final sentence of time served was imposed. This moots the appeal currently pending before this court. *United States v. Mann,* 138 F.3d 758, 758 (9th Cir.1998). We do not find an exception to the mootness doctrine to apply in these circumstances. Because there ceases to be a case or controversy before this court, we DISMISS the appeal.

DISMISSED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.